IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE L. YOUNGBLOOD,

    Petitioner,               No. CIV S-07-0691 LKK GGH P

   vs.

M.S. EVANS, Warden, et al.,

    Respondents.          FINDINGS & RECOMMENDATIONS

_____/

        By an order filed April 3, 2008, petitioner/plaintiff was ordered to file a second amended petition or an amended civil rights action and that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner/plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

\\\\\

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:   06/23/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

5  GGH:035
   youn0691.fff